LEONARDO M. RAPADAS
United States Attorney
STEVEN CHIAPPETTA
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
DEC - 9 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RICHMOND MCCASKILL, )<br>)<br>Defendant. )<br>) | MAGISTRATE CASE NO. 05-00057<br><br>**O R D E R**<br>**re: December 8, 2005**<br>**United States' Motion for**<br>**Issuance of Summons** |

The United States' Motion for Issuance of Summons as to defendant, RICHMOND MCCASKILL, filed on December 8, 2005 is hereby granted.

IT IS SO ORDERED that a summons for Tuesday, December 20, 2005, at 9:30 a.m. be issued for the above-named defendant.

12/9/2005
DATE

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

**ORIGINAL**