# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>vs.<br><br>Richmond McCaskill,<br><br>    Defendant. | Case No. 1:05-mj-00057<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Appointment Order, Trial Order, and Order Setting Conditions of Release filed on December 20, 2005*, on the dates indicated below:

| U.S. Attorney's Office | Federal Public Defender | U.S. Probation Office | U.S. Marshals Service |
|---|---|---|---|
| December 21, 2005 | December 21, 2005 | December 21, 2005 | December 21, 2005 |
| | | *(Release Conditions only)* | *(Release Conditions only)* |

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Appointment Order, Trial Order, and Order Setting Conditions of Release filed on December 20, 2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: December 21, 2005          /s/ Leilani R. Toves Hernandez
                         Deputy Clerk