
JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
RICHMOND MCCASKILL

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) MG 05-00057 |
|---|---|
| Plaintiff, | ) |
| | ) MOTION TO SCHEDULE CHANGE OF |
| | ) PLEA HEARING AND VACATE TRIAL |
| vs. | ) DATE; CERTIFICATE OF SERVICE |
| | ) |
| RICHMOND MCCASKILL, | ) |
| | ) |
| Defendant. | ) |

COMES NOW the defendant, RICHMOND MCCASKILL, through counsel, John T. Gorman, Federal Public Defender, and moves this Honorable Court to schedule a hearing for defendant's change of plea from not guilty to plea of guilty on January 10, 2006, at 9:00 a.m. or a date convenient for the Court, and to vacate the trial date currently scheduled for February 15, 2006. There is no written plea agreement in this case.

DATED: Mongmong, Guam, January 6, 2006.

JOHN T. GORMAN
Attorney for Defendant
RICHMOND MCCASKILL

ORIGINAL

## CERTIFICATE OF SERVICE

I, RENATE DOEHL, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on January 6, 2006:

STEVE CHIAPPETTA
Special Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

F. MICHAEL CRUZ
Chief U.S. Probation Officer
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, January 6, 2006.

_____
RENATE DOEHL
Operations Administrator to

JOHN T. GORMAN
Attorney for Defendant
RICHMOND MCCASKILL