LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JAN 10 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 05-00057 |
| ) | |
| Plaintiff, ) | |
| ) | **O R D E R** |
| vs. ) | Re: January 10, 2006 |
| ) | United States' Motion to Dismiss |
| RICHMOND MCCASKILL, ) | Information |
| ) | |
| Defendant. ) | |

IT IS SO ORDERED that the Information in the above entitled case against defendant, RICHMOND MCCASKILL, is hereby dismissed.

Dated this 10th of January 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

**ORIGINAL**